UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on April 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Dariusz Zaniewski**

Debtor

Case No.: 22-11559-MBK

Adv. No.:

Hearing Date:  3/23/2022

Judge: Kaplan

## ORDER GRANTING EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES AND PLAN

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: April 6, 2022**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**Page 2**
Debtor:  Dariusz Zaniewski
Case No.:  22-11559-MBK
Caption of Order:         Order Granting Extension of Time to File Chapter 13 Schedules and Plan

---

Upon application of Scott E. Tanne, Esq., attorney for the Debtor(s) praying for an extension of time under Fed R. Bankr. P. 1007(c) and for other relief, it is

**ORDERED** that the time for the Debtor to file the balance of the Chapter 13 schedules and plan is hereby extended, and the Order to Show Cause adjourned to April 13, 2022.