| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>**Attorney for the Debtor(s)** | Order Filed on April 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Dariusz Zaniewski**<br><br>Debtor | Case No.: 22-11559-MBK<br><br>Adv. No.:<br><br>Hearing Date: 3/23/2022<br><br>Judge: Kaplan |

## ORDER GRANTING EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES AND PLAN

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: April 6, 2022**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**Page 2**
Debtor: Dariusz Zaniewski
Case No.: 22-11559-MBK
Caption of Order:     Order Granting Extension of Time to File Chapter 13 Schedules and Plan

_____

Upon application of Scott E. Tanne, Esq., attorney for the Debtor(s) praying for an extension of time under Fed R. Bankr. P. 1007(c) and for other relief, it is

**ORDERED** that the time for the Debtor to file the balance of the Chapter 13 schedules and plan is hereby extended, and the Order to Show Cause adjourned to April 13, 2022.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-11559-MBK
Dariusz Zaniewski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1
Date Rcvd: Apr 06, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

**Recip ID**     **Recipient Name and Address**
db     + Dariusz Zaniewski, 74 Beacon Street, Port Reading, NJ 07064-1228

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Scott E. Tanne
    on behalf of Debtor Dariusz Zaniewski ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4