Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                     Case No.: 22−11559−MBK
                                     Chapter: 13
                                     Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dariusz Zaniewski
   74 Beacon Street
   Port Reading, NJ 07064

Social Security No.:
   xxx−xx−7255

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/14/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 18, 2022
JAN: bwj

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dariusz Zaniewski  
    Debtor

Case No. 22-11559-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Apr 18, 2022     Form ID: 148     Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dariusz Zaniewski, 74 Beacon Street, Port Reading, NJ 07064-1228 |
| 519517998 | + | American Express Legal, 500 North Franklin Turnpike, PO BOX 278, Ramsey, NJ 07446-0278 |
| 519518009 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 519518008 | + | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 519518012 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 519518013 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519518017 | + | Middlesex County Sheriff, 701 Livingston AVenue, PO Box 1188, New Brunswick, NJ 08903-1188 |
| 519518029 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519518032 | + | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519518033 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 519518035 | + | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 519518034 | + | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519540390 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2022 20:46:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519517999 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2022 20:46:32 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519518000 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2022 20:46:30 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519518001 | + | EDI: CAPITALONE.COM | Apr 19 2022 00:33:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519518002 | + | EDI: CAPITALONE.COM | Apr 19 2022 00:33:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519557782 | + | EDI: AIS.COM | Apr 19 2022 00:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519557783 | + | EDI: AIS.COM | Apr 19 2022 00:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519518004 | + | EDI: CAPITALONE.COM | Apr 19 2022 00:33:00 | Capital One/Walmart, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519518003 | + | EDI: CAPITALONE.COM | Apr 19 2022 00:33:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519518007 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Apr 18 2022 20:43:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |

Case 22-11559-MBK    Doc 14    Filed 04/20/22    Entered 04/21/22 00:16:49    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: 148 | Total Noticed: 57 |

| | | | |
|---|---|---|---|
| 519525966 | EDI: CITICORP.COM | Apr 19 2022 00:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519518008 | + Email/Text: dylan.succa@commercialacceptance.net | Apr 18 2022 20:42:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 519518009 | + Email/Text: dylan.succa@commercialacceptance.net | Apr 18 2022 20:42:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 519518011 | EDI: DISCOVER.COM | Apr 19 2022 00:33:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519526121 | EDI: DISCOVER.COM | Apr 19 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519518010 | + EDI: DISCOVER.COM | Apr 19 2022 00:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519518014 | EDI: IRS.COM | Apr 19 2022 00:33:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519558177 | EDI: JEFFERSONCAP.COM | Apr 19 2022 00:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519518016 | EDI: JEFFERSONCAP.COM | Apr 19 2022 00:33:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519518015 | EDI: JEFFERSONCAP.COM | Apr 19 2022 00:33:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519518005 | EDI: JPMORGANCHASE | Apr 19 2022 00:33:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519518006 | EDI: JPMORGANCHASE | Apr 19 2022 00:33:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519530882 | + Email/Text: RASEBN@raslg.com | Apr 18 2022 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519521867 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2022 20:46:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519530403 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2022 20:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519518019 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2022 20:43:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519518018 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2022 20:43:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519518021 | EDI: PRA.COM | Apr 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519518020 | EDI: PRA.COM | Apr 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519551768 | EDI: PRA.COM | Apr 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519556634 | EDI: PRA.COM | Apr 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o EBAY, POB 41067, Norfolk, VA 23541 |
| 519556632 | EDI: PRA.COM | Apr 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o SAMS CLUB, POB 41067, Norfolk, VA 23541 |
| 519556639 | EDI: PRA.COM | Apr 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519518022 | Email/Text: signed.order@pfwattorneys.com | Apr 18 2022 20:42:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |

Case 22-11559-MBK   Doc 14   Filed 04/20/22   Entered 04/21/22 00:16:49   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: 148 | Total Noticed: 57 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519518023 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2022 20:43:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519518024 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2022 20:43:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519518025 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 18 2022 20:43:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 519518026 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 18 2022 20:43:00 | Receivables Performance Mgmt, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 519518027 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2022 20:46:10 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519518028 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2022 20:46:31 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519534089 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2022 20:43:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519520070 | + | EDI: RMSC.COM | Apr 19 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519518030 | + | EDI: RMSC.COM | Apr 19 2022 00:33:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519518031 | + | EDI: RMSC.COM | Apr 19 2022 00:33:00 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519541141 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 18 2022 20:42:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519540391 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519540392 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2022             Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

Name                    Email Address

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Apr 18, 2022 Form ID: 148 Total Noticed: 57

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Scott E. Tanne
    on behalf of Debtor Dariusz Zaniewski ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4